Mark C. Scarsi (Cal. State Bar No. 183926)
    mscarsi@milbank.com
MILBANK TWEED HADLEY & MCCLOY, LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone:  (424) 892-4000
Facsimile:   (213) 629-5063

*Attorneys for Defendant The Oneida Group Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUXTON CHINA, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>THE ONEIDA GROUP INC.,<br><br>            Defendant. | Case No.:  2:17-cv-02996-SVW-E<br><br>**STIPULATON TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 21, 2017<br>Current response date: May 12, 2017<br>New response date: June 9, 2017 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, the Complaint was served upon Defendant The Oneida Group Inc. ("Oneida") on April 21, 2017;

WHEREAS, Oneida currently has until May 12, 2017 to move, answer, or otherwise respond to the Complaint;

WHEREAS, Oneida seeks an extension of no more than 30 days to response to the Complaint;

WHEREAS, Oneida's counsel has met and conferred with Plaintiff's counsel regarding an extension of time for Oneida to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that pursuant to Local Rule 8-3, Oneida's time to move, answer, or otherwise respond to the Complaint is extended to June 9, 2017.

Dated: May 10, 2017

| | |
|---|---|
| **MILBANK, TWEED HADLEY & McCLOY LLP** | **FOX ROTHSCHILD LLP** |
| By: /s/ Mark C. Scarsi<br>Mark C. Scarsi<br>mscarsi@milbank.com<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067 | By: /s/ Jeff Grant (w/permission)<br>John Shaeffer<br>jshaeffer@foxrothschild.com<br>Jeff Grant<br>jgrant@foxrothschild.com<br>1800 Century Park East, Suite 300<br>Los Angeles, CA 90067 |
| *Attorneys for Defendant*<br>*The Oneida Group Inc.* | *Attorney for Plaintiff*<br>*Tuxton China, Inc.* |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067.

    On May 10, 2017, I served the foregoing document described as **STIPULATON TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action:

Plaintiff Tuxton China, Inc.

John Shaeffer
jshaeffer@foxrothschild.com
Jeff Grant
jgrant@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067

ATTORNEY TO BE NOTICED

 **X**  **BY ELECTRONIC TRANSMISSION**: The foregoing document was transmitted via the Court's ECF System to the parties listed on the attached service list.

     **BY E-MAIL TRANSMISSION**: I caused the foregoing documents to be transmitted via electronic mail to the parties listed on the attached service list.

 **X**  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 10, 2017, at Los Angeles, California.

                    /s/ Ashlee N. Lin
                    Ashlee N. Lin

#4849-5319-3544