Vito A. Costanzo [SBN 132754]
HOLLAND & KNIGHT LLP
400 A. Hope Street, 8th Floor
Los Angeles, CA 90071
Email: vito.costanzo@hklaw.com
Tel: 213-896-2400
Fax: 213-896-2450
Attorneys for Defendant The Oneida Group Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUXTON CHINA, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> THE ONEIDA GROUP INC., <br><br> Defendant(s). | CASE NUMBER: 2:17-cv-02996-SVW-E <br><br> ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__The Oneida Group Inc.__   Plaintiff __ X Defendant   Other ____
      Name of Party

to substitute __Vito A. Costanzo of Holland & Knight LLP__ who is

  X  Retained Counsel   __ Counsel appointed by the Court (Criminal cases only)   __ Pro Se

__400 S. Hope Street, 8th Floor__
                              Street Address

__Los Angeles, CA 90071__                                   __vito.costanzo@hklaw.com__
      City, State, Zip                                          E-Mail Address

__213-896-2400__            __213-896-2450__          __132754__
  Telephone Number            Fax Number              State Bar Number

as attorney of record instead of __Mark S. Scarsi and Ashlee N. Lin of Milbank Tweed Hadley and__
                    List **all** attorneys from same firm or agency who are withdrawing
__McCloy LLP, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90017__

is hereby   X GRANTED    __ DENIED

Dated __September 8, 2017__

                                          _/s/ Stephen V. Wilson_
                                          U. S. District Judge/~~U.S. Magistrate Judge~~
                                          STEPHEN V. WILSON

G-01 ORDER (12/14)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY