Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUXTON CHINA, INC., | Case No. 2:17-CV-02996-SVW-E |
| Plaintiff, | [P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER RE JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINES** |
| vs. | |
| THE ONEIDA GROUP, INC., | Judge: Hon. Stephen V. Wilson |
| Defendant. | Courtroom: 10A |
| | Trial Date: February 20, 2018 |
| | Pretrial Conference: February 12, 2018 |
| | Complaint Filed: April 20, 2017 |
| THE ONEIDA GROUP, INC., | |
| Counter-plaintiff, | |
| vs. | |
| TUXTON CHINA, INC., | |
| Counter-defendant. | |

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE JOINT STIPULATION

# [PROPOSED] ORDER

Based on the stipulation of Plaintiff and Counter-defendant Tuxton China, Inc. ("Tuxton") and Defendant and Counter-plaintiff The Oneida Group, Inc. ("Oneida") and GOOD CAUSE appearing to grant the parties' request, the Court orders the following deadlines be set:

- **Initial Expert Disclosure Deadline**:  December 22, 2017;
- **Rebuttal Expert Disclosure Deadline**:  January 31, 2017;
- **Expert Discovery Cut-off**:  February 7, 2018;
- All other pre-trial deadlines will remain the same.

**IT IS SO ORDERED.**

Dated:  November 17, 2017

_____
Hon. Stephen V. Wilson
United States District Court

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450